**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Horace Lee Glover, Jr., Appellant.

Appellate Case No. 2013-002016

―――――――――

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2014-UP-462
Submitted November 1, 2014 – Filed December 17, 2014

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender David Alexander, of Columbia; and
Horace Lee Glover, Jr., pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy
Attorney General John W. McIntosh, and Senior
Assistant Deputy Attorney General Salley W. Elliott, all
of Columbia; and Solicitor James Strom Thurmond, Jr.,
of Aiken, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.